IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Saddler, John J | Case Number: 05 B 32917 |
|---|---|---|
| | Saddler, Tonya C | Judge: Hollis, Pamela S |
| | Printed: 6/17/08 | Filed: 8/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 7, 2008
Confirmed: December 12, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 19,780.79 |  |
| Secured: |  | 16,736.81 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 1,040.02 |
| Other Funds: |  | 9.96 |
| Totals: | 19,780.79 | 19,780.79 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas W Drexler | Administrative | 1,994.00 | 1,994.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 8,815.97 | 3,556.91 |
| 5. | Bank Of America | Secured | 22,213.20 | 9,673.04 |
| 6. | Franklin Credit Management Corporation | Secured | 192.74 | 77.77 |
| 7. | American General Finance | Secured | 7,874.56 | 3,429.09 |
| 8. | Bank Of America | Unsecured | 584.19 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 333.72 | 0.00 |
| 10. | American General Finance | Unsecured | 276.62 | 0.00 |
| 11. | Farmers Insurance Group | Unsecured | | No Claim Filed |
| 12. | Advocate Christ Hospital | Unsecured | | No Claim Filed |
| 13. | Advocate Health Care | Unsecured | | No Claim Filed |
| 14. | Provident Hospital | Unsecured | | No Claim Filed |
| 15. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 16. | Bank One | Unsecured | | No Claim Filed |
| 17. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 18. | Hooked on Phonics | Unsecured | | No Claim Filed |
| 19. | John H Stroger Jr Hospital | Unsecured | | No Claim Filed |
| 20. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 21. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 22. | Mercy Hospital | Unsecured | | No Claim Filed |
| 23. | Little Company Of Mary Hospital | Unsecured | | No Claim Filed |
| 24. | TCF Bank | Unsecured | | No Claim Filed |
| 25. | West Suburban Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Saddler, John J  
       Saddler, Tonya C  
       Printed: 6/17/08

Case Number: 05 B 32917  
Judge: Hollis, Pamela S  
Filed: 8/19/05

| | | | |
|---|---|---|---|
| 26. ACL Inc | Unsecured | | No Claim Filed |
| 27. Village Radiology, Ltd. | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 42,285.00 | $ 18,730.81 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 354.52 |
| 5% | 64.85 |
| 4.8% | 230.93 |
| 5.4% | 389.72 |
| | _____ |
| | $ 1,040.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

